

# Fourth Court of Appeals
## San Antonio, Texas

March 2, 2022

No. 04-22-00102-CV

**IN THE INTEREST OF X.H. ET AL CHILDREN**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00042
Honorable Kimberly Burley, Judge Presiding

# O R D E R

Appellant attempts to appeal the trial court's order terminating her parental rights to her children. An appeal from such an order is accelerated. *See* TEX. FAM. CODE ANN. § 263.405(a); TEX. R. APP. P. 28.1(a). The trial court signed the order on January 26, 2022. Because this is an accelerated appeal, the notice of appeal was due February 15, 2021. *See* TEX. R. APP. P. 26.1(b). Although the appellant filed a notice of appeal within the fifteen-day grace period allowed by rule 26.3, she did not file a motion for extension of time. *See id.* 26.3.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by rule 26.1 but within the fifteen-day grace period provided by rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

We therefore ORDER the appellant to file, on or before **March 17, 2022**, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If the appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

It is so **ORDERED** March 2, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT